NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-3077

THOMAS W. MARTINETTE,

Petitioner,

v.

DEPARTMENT OF THE NAVY,

Respondent.

Petition for review of the Merit Systems Protection Board
in DC3443060842-I-2.

ON MOTION

ORDER

Upon consideration of Thomas W. Martinette's unopposed motion to voluntarily dismiss his petition for review,

IT IS ORDERED THAT:

(1)   The motion is granted.

(2)   Each side shall bear its own costs.

FOR THE COURT

APR  1 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Gregory T. Rinckey, Esq.
      Tara K. Hogan, Esq.
s8

ISSUED AS A MANDATE: APR  1 2009 _____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 1 2009

JAN HORBALY
CLERK